## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

**ST CHARLES HOUSING L P**                                **CASE NO.  2:21-CV-03416**

**VERSUS**                                                **JUDGE JAMES D. CAIN, JR.**

**ELITE CONTRACTORS L L C ET AL**             **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Contempt and to Dismiss Plaintiff's Case" (Doc. 96) is **GRANTED**; St. Charles Housing L P's claims against Elite Contractors, LLC are DISMISSED with prejudice.

**IT IS FURTHER ORDERED** that Elite's request for attorney fees and costs is granted; Elite shall file a detailed account of its attorney's fees and costs incurred for filing the instant Motion within 21 days of this Judgment; St. Charles may file its traversal seven (7) days thereafter.

**THUS DONE AND SIGNED** in chambers on this 10th day of April, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**