**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| ST CHARLES HOUSING LP | CIVIL ACTION NO. 21-3416 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| ELITE CONTRACTORS LLC, ET AL. | MAGISTRATE JUDGE HORNSBY |

## <u>ORDER</u>

Considering the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Motion for Contempt and to Strike Plaintiff's Affirmative Defenses to Counterclaim, Record Document 103, filed by the Counter Claimant, Elite Contractors LLC, is **GRANTED** as follows:

**THE CLERK IS INSTRUCTED** to **STRIKE** from the docket Affirmative Defense Nos. 6, 7, 9, 11, and 15 in the Answer to Counterclaim, Record Document 17, of the Counter Defendant, St. Charles Housing LP.

**DONE AND SIGNED** at Shreveport, Louisiana, this 27th day of May, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE

1